**Dismissed and Memorandum Opinion filed December 4, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00961-CV

**DIANNE CARROLL FITZPATRICK, Appellant**

**V.**

**STATE FINANCIAL SERVICES—SPRINGLEAF, INC. D/B/A SPRINGLEAF FINANCIAL SERVICES OF TEXAS, INC. F/K/A AMERICAN GENERAL FINANCIAL SERVICES OF TEXAS, INC., Appellee**

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-65805**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order denying a temporary injunction signed March 2, 2012. When permitted, appeals from interlocutory orders are accelerated. *See* Tex. R. App. P. 28.1. A notice of appeal in an accelerated appeal must be filed within twenty days after the order is signed. *See* Tex. R. App. P. 26.1(b). Appellant's notice of appeal was not filed until October 10, 2012, and is therefore untimely.

On November 8, 2012, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a). On November 19, 2012, appellant filed a document entitled, "First Amended Notice of Appeal." In the document, appellant, who is appearing *pro se,* argued the merits of her case, but she did not address this court's jurisdiction.

A timely filed notice of appeal is required to invoke this court's jurisdiction. Tex. R. App. P. 25.1(b). Because appellant's notice of appeal was not filed timely, we lack jurisdiction over this attempted interlocutory appeal. We order the appeal dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.